AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| PROGRESSIVE CASUALTY INSURANCE COMPANY <br> *Plaintiff* <br> v. <br> MACK FREIGHT SERVICE, INC., ET AL - SEE ATTACHED SHEET <br> *Defendant* | ) ) ) ) ) ) ) Civil Action No. 2:22-cv-01707-SDW-JSA |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* ANDREW FEINMAN
1655 BAY BOULEVARD
ATLANTIC BEACH, NEW YORK 11509

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
LAW OFFICES OF VANESSA L. KOPPEL, ESQ., LLC
RED BANK CORPORATE CENTER
157 BROAD STREET
SUITE 204
RED BANK, NEW JERSEY 07701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No. 2:22-cv-01707-SDW-JSA

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
(Newark Vicinage)

| | |
|---|---|
| PROGRESSIVE CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>MACK FREIGHT SERVICE, INC., STATE NATIONAL SPECIALTY INSURANCE COMPANY, INC., STETIN TRUCKING CO., INC., UNITED SPECIALTY INSURANCE COMPANY, B.F. TRANSPORT, INC., BLADIMIR FERMIN CABRERA, JUNIOR SMITH, MICHELLE L. BLAIR SMITH, ODYSSEY FREIGHT SERVICE, INC., TRISURA SPECIALTY INSURANCE CO., ANDREW FEINMAN, SUNLIGHT INDUSTRIES, INC. ABC INSURANCE COMPANIES 1-10 (SAID NAMES AND IDENTITIES BEING FICTITIOUS AND PRESENTLY UNKNOWN); DEF CORPS. 1-10 (said names and identities being fictitious and presently unknown)JOHN DOES 1-10 (SAID NAMES AND IDENTITIES BEING FICTITIOUS AND PRESENTLY UNKNOWN) and alleges upon information and belief as follows<br><br>Defendants | Civil Action No. 2:22-cv-01707-SDW-JSA<br><br><br>**THIRD AMENDED COMPLAINT FOR DECLARATORY JUDGMENT** |

## **PREAMBLE**

Plaintiff PROGRESSIVE CASUALTY INSURANCE COMPANY, by and through its undersigned counsel, THE LAW OFFICES OF VANESSA L. KOPPEL, ESQ., LLC, hereby files this Second Amended Complaint for Declaratory Judgment against defendants MACK FREIGHT