UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

PROGRESSIVE CASUALTY INSURANCE COMPANY

CIVIL ACTION NO 2:22-cv-01707-SDW-JSA
DATE FILED: 4/10/24

Plaintiff,

-against-

MACK FREIGHT SERVICE INC ET AL

Defendants,

AFFIDAVIT OF SERVICE

---

Nassau County, New York State: **ALAN FELDMAN**
Being sworn says: Deponent is not a party herein, is over 18 years of age and resides in
**NEW YORK STATE**
On **APRIL 17, 2024** at **7:04 AM** at **1655 BAY BOULEVARD  ATLANTIC BEACH NY 11509**
Deponent served the within   **SUMMONS, THIRD AMENDED COMPLAINT, CIS, TRACK ASSIGNMENT NOTICE**
On which were set forth the CIVIL ACTION No
On **ANDREW FEINMAN**
                                            **DECLINED FIRST NAME**

| | |
|---|---|
| Suitable age Person {XXX} | by delivering a true copy **MRS. FEINMAN ( WIFE/CO-RESIDENT)** a person of suitable age and discretion.  Said premises is recipient's:  {   } actual place of business   {XXX} **dwelling place/usual place of abode** |
| Mailing {XXX} | Deponent also mailed a copy of same Post Paid by first class mail properly addressed to defendant(s) at the aforementioned address in a mailer marked "Personal and Confidential" and not indicating that the communication was from an attorney or concerned an action against the defendant(s) and deposited said envelope in a post office official depository under exclusive care and custody of the United States Postal Service within New York State on **APRIL 18, 2024** |
| Description {XXX} | Sex: FEMALE   Color/Skin: WHITE    Hair: GRAY   Age (approx): 60-65 yrs   Height (approx): 5'3"-5'6"    Weight (approx): 140-170  LBS    Other: |
| Military Service {XXX} | I asked the person to whether recipient was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. Recipient wore civilian clothes and no military uniform.  The source of my information and the grounds of my belief are the conversations and observations above narrated. |

SWORN TO BEFORE ME ON APRIL 18, 2024

MAUREEN A. LETTAU
Notary Public, State of New York
NO. 01LE6069760
Qualified in Nassau County
Commission Expires February 11, 2026

ALAN FELDMAN

JOB # 20240410163353

**GUARANTEED SUBPOENA SERVICE  2009 MORRIS AVENUE  UNION, NJ 07083**
**(800) 672-1952**