# LAW OFFICES OF VANESSA L. KOPPEL, LLC

Red Bank Corporate Center
157 Broad Street • Suite 204E • Red Bank, New Jersey 07701
Tel. (732) 487-2320 • Fax (732) 377-7449 • Direct (732) 272-5986

VANESSA L. KOPPEL, ESQ.
vkoppel@vkoppel-law.com

May 14, 2025

*Via ECF*

The Honorable Jessica S. Allen, U.S.M.J.
U.S. District Court for the District of New Jersey
40 Walnut Street
Newark, New Jersey 07102

      Re:    Progressive Casualty Insurance Co. v. National Specialty Insurance Co., et al
              Case No. 2:22-cv-01707
              Date of Accident: June 8, 2021

Your Honor:

      As Your Honor is aware, I represent the plaintiff Progressive Casualty Insurance Company with regard to the above-captioned declaratory judgment matter regarding insurance coverage pertaining to a motor vehicle accident that occurred on June 8, 2021. Please accept this status letter regarding the parties progress toward alternative dispute resolution.

      Counsel for the parties in both the declaratory judgment action as well as the tort action have conferred and it has been agreed that the parties will participate in a global mediation of both the declaratory judgment action and the tort action together. At this time, the parties are still conferring regarding whether they will utilize a private mediator or a mediator from the New Jersey Federal Court mediation program, insofar as the mediation would include the tort case, which is venued in the Supreme Court of New York.

      As such, the parties would jointly respectfully request a ten day extension of time to advise the Court of the identity of the mediator and the date of mediation.

                                    **SO ORDERED**

                                    ***/s/ Jessica S. Allen***
                                  **Hon. Jessica S. Allen, U.S.M.J.**

                                  **Date:** 5/15/25

Thank you for the Court's consideration.

Respectfully submitted,

VANESSA L. KOPPEL

cc:   *All counsel of record via ECF*